0

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBER EBOT WATTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JACKSONMEMORIALHOSPITALSOUTHWING.COM,<br><br>    Defendant.<br>_____/ | No. C 14-01360 JSW<br><br>**ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS** |

On March 25, 2013, Plaintiff Cyber Ebot Wattson ("Plaintiff") filed a complaint and a motion to proceed *in forma pauperis*. Courts must deny an *in forma pauperis* application under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff has failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, ... and a demand for judgment for the relief the pleader seeks." It is not clear to the Court who Plaintiff is seeking to sue, what claims Plaintiff seeks to bring, or what facts Plaintiff alleges occurred. Therefore, it is not clear to the Court on what basis Plaintiff contends that this Court has subject matter jurisdiction over any claims he make seek to assert.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is HEREBY DENIED and the Complaint is DISMISSED WITH LEAVE TO AMEND. If Plaintiff wishes to pursue

this action, he must file an amended complaint setting forth a cognizable legal claim and some factual basis to support a claim with federal jurisdiction by **May 16, 2014**. Plaintiff may file a renewed application to proceed *in forma pauperis* upon filing an amended complaint. Failure to file timely an amended complaint shall result in dismissal of this action without prejudice.

The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: April 18, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CYBER EBOT WATTSON,

    Plaintiff,

  v.

JACKSON MEMORIAL HOSPITAL et al,

    Defendant.

Case Number: CV14-01360 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cyber Ebot Wattson
P.O. Box 11406
Berkeley, CA 94712

Dated: April 18, 2014

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk